**FILED**
November 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. Mag 06-0333 DAD |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CAREY JAMES JOHNSON,  ) | |
| ) | |
| Defendant.  ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Carey James Johnson</u>, Case No. <u>Mag 06-0333 DAD</u>, Charge <u>Title 18 USC §§ 922, 924</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ _50,000.00 co-signed by mother_

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other) _With Pretrial Services Supervision of Conditions of Release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on _November 30, 2006_ at _2:41_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal